# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| WILLIAM BROWN | ) | |
| | ) | Case No.  3:20-cr-00100 |
| | ) | USM No. 29571-076 |
| | ) | Paul Bruno |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)    1, 2, 3, 4 and 5    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and use of a controlled substance | 03/17/2021 |
| 2 | Failure to participate in drug testing and substance abuse treatment | 11/17/2020 |
| 3 | Failure to submit montly report forms to U.S. Probation | 03/01/2020 |

The defendant is sentenced as provided in pages 2 through    3    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 9903

Defendant's Year of Birth:    1999

City and State of Defendant's Residence:
Nunnelly, TN

08/13/2021
Date of Imposition of Judgment

*Eli R. Richardson* (signature)
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

August 16, 2021
Date

DEFENDANT: WILLIAM BROWN
CASE NUMBER: 3:20-cr-00100

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | Failure to appear and maintain contact with U.S. Probation | 03/30/2021 |
| 5 | Failure to report to U.S. Marshal's Office after leaving Buffalo Valley, Inc. facility prior to the completion of drug treatment | 03/28/2021 |

DEFENDANT: WILLIAM BROWN
CASE NUMBER: 3:20-cr-00100

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
11 months incarceration, with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

Designation to facility close to Nashville, TN

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL